```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| RODOLFO PEREIRA,<br><br>                 Plaintiff,<br><br>          -against-<br><br>WHITEHALL PROPERTIES, LLC, PAN AM EQUITIES INC., WHITEHALL PROPERTIES II LLC, and JOHN DIPAOLA,<br><br>                 Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:   7/25/2023<br><br>1:22-cv-10276 (MKV)<br><br><u>ORDER OF DISMISSAL</u> |

**MARY KAY VYSKOCIL**, United States District Judge:

       The Court has been informed by the parties that they have reached a settlement in principle [ECF No. 19]. Accordingly, IT IS HEREBY ORDERED that the stay of this case is lifted. IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore is made by September 25, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

**Date:   July 25, 2023**
       **New York, NY**

*Mary Kay Vyskocil* (signature)
**MARY KAY VYSKOCIL**
**United States District Judge**

1